**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jacinto LOPEZ–BARBA, a.k.a. Guadalupe Hernandez–Barba, Defendant—Appellant.**

**No. 07–10258.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 8, 2011.

Lynnette C. Kimmins, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Jacinto Lopez–Barba, CADC–Central Arizona Detention Center, Florence, AZ, Richard Madril, Esq., Tucson, AZ, for Defendant–Appellant.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Jacinto Lopez–Barba appeals from 70-month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lopez–Barba's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.